IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | | |
|---|---|---|
| Type hearing: | Settlement Prove-Up Hearing | O R I G I N A L |
| Case number: | 4:09-CV-513-Y | |
| Plaintiffs: | Michael Patrick Jacobs Sr., et al. | |
| Defendants: | City of Fort Worth, et al. | |
| Court Reporter: | Ana Warren | |
| Plaintiffs attorneys: | Brian Arnold Eberstein | |
| Defense attorneys: | Laetitia Coleman Brown | |
| | Kenneth E. East | |
| Guardians Ad Litem: | H. Dustin Fillmore for Z.W. | |
| | Stephen L. Tatum for J.K. | |
| Time in Court: | 1 hour, 5 mins. | |
| Judge: | HONORABLE Judge Terry R. Means | |
| Date of hearing: | April 28, 2011 | |
| Hearing concluded: | Yes | |
| Law Clerk: | Amy Hennessee | |

Plaintiffs' witnesses called and testimony given.

Z.W.'s guardian ad litem's witness called and testimony given.

Guardians ad litem fees approved.

Defendant Phillips's Exhibits #1, 2 admitted.

Plaintiffs' motion to approve settlement agreement GRANTED.

Plaintiffs' oral motion to seal Court's forthcoming order approving settlement agreement and final judgment GRANTED.

Written orders to follow.