IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL PATRICK JACOBS SR., ET AL. | § § § | |
| V. | § | ACTION NO. 4:09-CV-513-Y |
| THE CITY OF FORT WORTH, ET AL. | § § § | |

## FINAL JUDGMENT

Pursuant to the Court's order approving settlement agreement entered this same day, and to Federal Rules of Civil Procedure 58, all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. The fees of the guardians ad litem shall be paid by defendant The City of Fort Worth. All other costs under 28 U.S.C. § 1920 are taxed against the party incurring same.

SIGNED May 9, 2011.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE